STATE OF CONNECTICUT *v.* JAMES BIGGS

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 901 (AC 15438), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided September 18, 1996

JAMES HARTRANFT ET AL. *v.* MICHAEL GALLAS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 901 (AC 14657), is denied.

*James F. Altham, Jr.,* in support of the petition.

*Michael C. Stumo,* in opposition.

Decided September 18, 1996

STATE OF CONNECTICUT *v.* VENTURA REY

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 903 (AC 14828), is denied.